Generated: Feb 11, 2025 11:32AM

Page 1/1



# U.S. District Court

## Washington Western - Seattle

Ronald Stephens

Receipt Date: Feb 11, 2025 11:32AM

Rcpt. No: 200006843     Trans. Date: Feb 11, 2025 11:32AM     Cashier ID: #AC (6729)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CC | Credit Card | | | | $405.00 |
| | | | | Total Due Prior to Payment: | $405.00 |
| | | | | Total Tendered: | $405.00 |

**Comments:** Filing Fee for 2:24-CV-267-JHC-DWC

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.