Exhibit I



**U. S. Department of Justice**

United States Attorney
Western District of Washington

---

*Please reply to:*
*Kristen R. Vogel*
*Assistant United States Attorney*
*Kristen's Direct Line: (206) 553-1634*

700 Stewart Street, Suite 5220
Seattle WA, 98101-1271
www.usdoj.gov/usao/waw

Tel: (206) 553-7970
Fax: (206) 553-4073
kristen.vogel@usdoj.gov

May 14, 2025

<u>VIA CERTIFIED MAIL,
RETURN RECEIPT REQUESTED</u>

Wayne Steven Hollaus
BOP# 47120-510
FCI Lompoc II
3901 Klein Blvd
Lompoc, CA 93436

Re:   *Wayne Hollaus v. United States of America*
      Case No. 2:25-cv-00267-JHC, USDC, W.D. Wash.

Dear Mr. Hollaus:

The United States Attorney's Office in Seattle, Washington, is in receipt of the Complaint that you sent via certified mail, tracking number 9589 0710 5270 0291 4040 34. I am writing this letter as a courtesy to notify you that service has not been properly effected on the United States because the Complaint is not accompanied by a proper Summons in accordance with Rule 4(a) of the Federal Rules of Civil Procedure, and because the United States has not been served in accordance with Rule 4(i) of the Federal Rules of Civil Procedure.

Yours truly,

TEAL LUTHY MILLER
Acting United States Attorney

*s/ Kristen R. Vogel*
KRISTEN R. VOGEL, Assistant U.S. Attorney

Exhibit 2

TRULINCS 47120510 - HOLLAUS, WAYNE STEVEN - Unit: LOM-M-A

---

FROM: 47120510
TO: Stephens, Jeff
SUBJECT: Authorization
DATE: 05/23/2025 03:08:35 PM

## AUTHORIZATION FOR REPRESENTATION

I, Wayne Hollaus, pursuant to 28 U.S.C. Section 1746, declare under penalty of perjury that I am unable to sign the attached motion promptly due to difficulties with the mailing system at Lompoc FCI II but I authorize Jeffrey Stephens to submit these documents for me on my behalf to the U.S. District Court for the Western District of Washington.

I hereby also Authorize Jeffrey Stephens to submit documents on my behalf, and sign documents on my behalf as my representative when expedient or necessary, from this day forth to the U.S. District Court for the Western District of Washington for my Civil cases, CASE NO. 2:25-cv-00268-KKE-GJL, and 2:25-cv-00267-JHC.

Signed on this 30th day of May, 2025

*[signature]*

Wayne Hollaus
#47120-510
FCI Lompoc, FCI II
3901- Klein BLVD
Lompoc, CA  93436

Exhibit 3-1

# Jeffrey Stephens

| | |
|---|---|
| **From:** | HOLLAUS WAYNE STEVEN (47120510) |
| **Sent Date:** | Friday, June 6, 2025 8:20 PM |
| **To:** | jeffreycstephens@gmail.com |
| **Subject:** | RE: Envelope incoming |

ok thanks. i will look for it. adios.
-----Stephens, Jeff on 6/6/2025 2:51 PM wrote:

>

Dropping envelope to you later today. It includes an instruction sheet as first page.

Just a few signatures and dates and then sending as is back to the Seattle courthouse.

This is in regards to the FTCA summons.

Exhibit 3-2

# Jeffrey Stephens

| | |
|---|---|
| **From:** | HOLLAUS WAYNE STEVEN (47120510) |
| **Sent Date:** | Tuesday, June 17, 2025 6:35 PM |
| **To:** | jeffreycstephens@gmail.com |
| **Subject:** | RE: Envelope |

hola amigo. no, i did not get it yet. i will be ready for it when it does arrive. have envelopes,labels,stamps and green things for certifying. it should be about ten days from arrival usually. thanks.

   have you got any intel from strauss?? he hasnt sent any mssgs lately and ryan says he got a mssg saying the corrlinks contact was deleted. last he sent me a mssg he was done round of chemo and still doin the other one. if you hear from him, could you tellem to send a mssg to me? thanks. chat soon.
-----Stephens, Jeff on 6/17/2025 12:51 PM wrote:

\>

BTW, the last envelope I sent arrived there on 6/11. This was with clear instructions, to send to the Seattle court.

I assume you haven't got it yet. Let me know as soon as you do.

Exhibit 3-3

# Jeffrey Stephens

| | |
|---|---|
| **From:** | HOLLAUS WAYNE STEVEN (47120510) |
| **Sent Date:** | Thursday, June 26, 2025 9:19 PM |
| **To:** | jeffreycstephens@gmail.com |
| **Subject:** | mail |

hello buddy. i have not received that legal package yet as of todays mail!!! i dunno what time frame we need for it, but the lompoc hold is running pretty lengthy. what do you think of this??

Exhibit 3-4

# Jeffrey Stephens

**From:** HOLLAUS WAYNE STEVEN (47120510)

**Sent Date:** Monday, June 30, 2025 10:19 AM

**To:** jeffreycstephens@gmail.com

**Subject:** RE: RE: mail

ok. ya, this is fucked up shit around here! i will be finding a mailroom person at the mainline today and/or talk to councelor as he is the one who hands legal mail out. what a shit show!!!
-----Stephens, Jeff on 6/29/2025 2:36 PM wrote:

\>

Well, the court actually is demanded now to have an answer to the summons question on the FTCA within 10 days of this last Thursday (I checked Pacer; answer being what I sent you and what you're waiting for). 10 days also is next Sunday, Friday is a holiday, so I have to basically go in person again on Thursday or earlier to turn in what I sent you. This mail delay shit is retarded.

So that's the plan right now.

I might need you to type out some stuff for me again, like declarations. I'm going to think about it. Finishing up something for Strauss right now and then on to you.

WAYNE STEVEN HOLLAUS on 6/27/2025 9:50:26 AM wrote
ok. i will get the copy of outside letter from them anyways(no envelopes allowed thru). i will try to find one of the mailroom co's at mainline. thats the only way i will contact them. mailroom is over at the camp i was told. cover letter is np. so it arrived on the 11th of june?? i am on it! adios buddy.
-----Stephens, Jeff on 6/26/2025 8:36 PM wrote:

\>

We should be okay; just see if you're able to quickly make a scan copy of the envelope that you received which should also have a stamp of some or pen mark on when they received it.

Don't send that to the court; keep that file to send to me later.

Please also when you do it get, include an additional cover letter that details the delay in simple language.

WAYNE STEVEN HOLLAUS on 6/26/2025 9:19:40 PM wrote
hello buddy. i have not received that legal package yet as of todays mail!!! i dunno what time frame we need for it, but the lompoc hold is running pretty lengty. what do you think of this??

Exhibit 3-5

# Jeffrey Stephens

| | |
|---|---|
| **From:** | HOLLAUS WAYNE STEVEN (47120510) |
| **Sent Date:** | Monday, June 30, 2025 2:35 PM |
| **To:** | jeffreycstephens@gmail.com |
| **Subject:** | mail |

hello. i just had a chat with a mailroom super. she blew smoke up my ass as i expected. could you send me the tracking number for that mail please? with that in hand, i will approach the associate warden or warden about this bullshit that goes on daily here! she says we dont ever hold mail incoming. what a crock of shit! so if you could send that to me tonight, i will get to the top of the foodchain tomorow. thanks. adios.

Exhibit 3-6

# Jeffrey Stephens

**From:** HOLLAUS WAYNE STEVEN (47120510)

**Sent Date:** Monday, June 30, 2025 10:49 PM

**To:** jeffreycstephens@gmail.com

**Subject:** RE: RE: mail rejected

its been the rule for yrs apparently. but if you labelled it legal mail and it looks like court documents, you would think they would let it in ffs! how many pages are we talking about anyways? i am gunna talk to the a/w tomorrow.
-----Stephens, Jeff on 6/30/2025 5:36 PM wrote:

\>

Is that a new rule? You've been sent more than 5 pages before.

WAYNE STEVEN HOLLAUS on 6/30/2025 6:20:31 PM wrote
after talking with the mailroom, low and behold i got a photo copy of outside package and a rejection letter stating must be less that 5 FUCKIN PAGES!!!! i am sooo fuckin pissed off right now. this is fuckin rediculous! did you put legal mail on this stuff?? all i have is the face ( USPS PRIORITY) with $10.10 postage. faaaaaaaak!

Exhibit 3-7

# Jeffrey Stephens

**From:** HOLLAUS WAYNE STEVEN (47120510)

**Sent Date:** Tuesday, July 1, 2025 2:35 PM

**To:** jeffreycstephens@gmail.com

**Subject:** aw chat

i just saw both a/w's and the one said to copy all the paperwork i have and get to him to have the legal package handed to me. they keep for 30 days so i am on it today!!! i will include a kopout and hand in to him today. we will see what he does for me. chat later.

*Exhibit 7*

# USPS Tracking®

FAQs >

**Tracking Number:**

## 9505513193625157427622

Remove ✕

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

**Expected Delivery on**

# WEDNESDAY
# 2 July 2025 ⓘ

Your item arrived at our SANTA BARBARA CA DISTRIBUTION CENTER destination facility on July 2, 2025 at 7:38 pm. The item is currently in transit to the destination.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Processing at Destination
**Arrived at USPS Regional Destination Facility**
SANTA BARBARA CA DISTRIBUTION CENTER
July 2, 2025, 7:38 pm

**Moved, Left no Address**
LOMPOC, CA 93436
July 2, 2025, 9:21 am

**Delivered to Agent, Front Desk/Reception/Mail Room**
LOMPOC, CA 93436
June 11, 2025, 8:00 am

Feedback