UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WAYNE HOLLAUS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO. 25-cv-00267-JHC<br><br>ORDER |

Before the Court is Plaintiff's "Motion Showing Good Cause and for 90 Day Extension of Time to Serve Summons and Complaint in Compliance of F.R.Civ.P. 4(m)." Dkt. # 6.  For the reasons presented by Plaintiff, the Court GRANTS the motion and EXTENDS the deadline for service on Defendant to October 4, 2025.  The Court DISCHARGES the Order to show cause at Dkt. # 5.

Dated this 29th day of July, 2025.

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 1