The Honorable John H. Chun

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WAYNE HOLLAUS,

                     Plaintiff,

        v.

UNITED STATES OF AMERICA,

                 Defendant.

Case No. 2:25-cv-00267-JHC

UNITED STATES' ANSWER TO
PLAINTIFF'S COMPLAINT

COMES NOW the United States, by and through undersigned counsel of record, Teal Luthy Miller, Acting United States Attorney for the Western District of Washington, Kristen R. Vogel, Assistant United States Attorney for said District, and hereby files the following Answer to Plaintiff's Complaint (Dkt. 1).

## I.    INTRODUCTION

1.    The United States admits that this is a Federal Tort Claims Act (FTCA) action but is without sufficient information to either admit or deny the remaining allegations of paragraph 1 and consequently denies the same.

2.    The United States admits only that health care will be delivered to inmates in accordance with proven standards of care without compromising public safety concerns inherent

UNITED STATES' ANSWER TO PLAINTIFF'S COMPLAINT
[Case No. 2:25-cv-00267-JHC] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

to the agency's overall mission. *See* U.S. Department of Justice Federal Bureau of Prisons Program Statement 6031.04 Patient Care.

3.      The allegations in paragraph 3 are legal conclusions to which no response is required. To the extent a response is required, the United States denies.

4.      The allegations in paragraph 4 are legal conclusions to which no response is required. To the extent a response is required, the United States denies.

5.      The allegations in paragraph 5 are legal conclusions to which no response is required. To the extent a response is required, the United States denies.

6.      The United States admits that Plaintiff seeks compensatory damages but denies that Plaintiff is entitled to any relief.

7.      The allegations in paragraph 7 consist of Plaintiff's intent to file a separate action to which no response is required.

## II.    JURISDICTION

8.      The United States provides no response to the allegations of jurisdiction, as no response is required.  To the extent the allegations are deemed factual in nature by the Court, the United States admits only that Plaintiff has filed suit pursuant to the FTCA, but denies Plaintiff is entitled to any relief.  The United States denies any allegations not specifically admitted.

9.      The United States provides no response to the allegations of jurisdiction, as no response is required.  To the extent the allegations are deemed factual in nature by the Court, the United States admits only that Plaintiff has filed suit pursuant to the FTCA, but denies plaintiff is entitled to any relief.  The United States denies any allegations not specifically admitted.

10.     The United States admits that on October 24, 2023, Plaintiff filed a claim for damage, injury or death regarding his medical care.

//

UNITED STATES' ANSWER TO PLAINTIFF'S COMPLAINT
[Case No. 2:25-cv-00267-JHC] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

### III.   PARTIES

11.   The United States admits Plaintiff was housed and incarcerated as an inmate at FDC SeaTac from March 2, 2023 until November 8, 2023.

12.   The allegations in paragraph 12 describe a statute that speaks for itself.

### IV.   EXHAUSTION OF AVAILABLE REMEDIES

13.   The allegations in paragraph 13 contain legal conclusions to which no response is required.  To the extent the allegations are deemed factual by the Court, the United States is without sufficient information to admit or deny the allegations of paragraph 13 and consequently denies the same.

14.   The United States admits only that on October 24, 2023, Plaintiff filed a claim for damage, injury or death regarding his medical care. The United States is without sufficient information to either admit or deny the remaining allegations in paragraph 14 and consequently denies the same.

15.   The United States admits that a denial was not issued.

16.   The United States is without sufficient information to either admit or deny the allegations of paragraph 16 and consequently denies the same.

17.   The United States is without sufficient information to either admit or deny the allegations of paragraph 17 and consequently denies the same.

18.   The allegations in paragraph 18 describe court rulings that speak for themselves.

### V.   FACTUAL STATEMENT

19.   The United States is without sufficient information to either admit or deny the allegations of paragraph 17 and consequently denies the same. The medical records are available.

20.   The United States is without sufficient information to either admit or deny the allegations of paragraph 20 and consequently denies the same.

UNITED STATES' ANSWER TO PLAINTIFF'S COMPLAINT
[Case No. 2:25-cv-00267-JHC] - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

21.    The United States is without sufficient information to either admit or deny the allegations of paragraph 21 and consequently denies the same.

22.    The United States is without sufficient information to either admit or deny the allegations of paragraph 22 and consequently denies the same.

23.    The United States is without sufficient information to either admit or deny the allegations of paragraph 23 and consequently denies the same.

24.    The United States is without sufficient information to either admit or deny the allegations of paragraph 24 and consequently denies the same.

25.    The United States is without sufficient information to either admit or deny the allegations of paragraph 25 and consequently denies the same.

26.    The United States admits that Plaintiff arrived at FDC SeaTac on March 2, 2023. The United States is without sufficient information to either admit or deny the remaining allegations of paragraph 26 and consequently denies the same.

27.    The United States is without sufficient information to either admit or deny the allegations of paragraph 27 and consequently denies the same.

28.    The United States is without sufficient information to either admit or deny the allegations of paragraph 28 and consequently denies the same.

29.    The United States is without sufficient information to either admit or deny the allegations of paragraph 29 and consequently denies the same.

30.    The United States is without sufficient information to either admit or deny the allegations of paragraph 30 and consequently denies the same.

31.    The United States is without sufficient information to either admit or deny the allegations of paragraph 31 and consequently denies the same.

UNITED STATES' ANSWER TO PLAINTIFF'S COMPLAINT
[Case No. 2:25-cv-00267-JHC] - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  32.    The United States is without sufficient information to either admit or deny the

2  allegations of paragraph 32 and consequently denies the same.

3  33.    The United States is without sufficient information to either admit or deny the

4  allegations of paragraph 33 and consequently denies the same.

5  34.    The United States is without sufficient information to either admit or deny the

6  allegations of paragraph 34 and consequently denies the same.

7  35.    The United States is without sufficient information to either admit or deny the

8  allegations of paragraph 35 and consequently denies the same.

9  36.    To the extent Plaintiff attempts to summarize the content of the medical record,

10  the United States admits only that the medical records speak for themselves as to their content

11  and specifically denies any allegations in the Complaint inconsistent with the content of the

12  authenticated medical record.

13  37.    The United States is without sufficient information to either admit or deny the

14  allegations of paragraph 37 and consequently denies the same.

15  38.    The United States is without sufficient information to either admit or deny the

16  allegations of paragraph 38 and consequently denies the same.

17  39.    The United States is without sufficient information to either admit or deny the

18  allegations of paragraph 39 and consequently denies the same.

19  40.    The United States is without sufficient information to either admit or deny the

20  allegations of paragraph 40 and consequently denies the same.

21  41.    The United States is without sufficient information to either admit or deny the

22  allegations of paragraph 41 and consequently denies the same.

23  42.    The United States is without sufficient information to either admit or deny the

24  allegations of paragraph 42 and consequently denies the same.

UNITED STATES' ANSWER TO PLAINTIFF'S COMPLAINT
[Case No. 2:25-cv-00267-JHC] - 5

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    43.    The United States is without sufficient information to either admit or deny the

2    allegations of paragraph 43 and consequently denies the same.

3    44.    The United States is without sufficient information to either admit or deny the

4    allegations of paragraph 44 and consequently denies the same.

5    45.    The United States is without sufficient information to either admit or deny the

6    allegations of paragraph 45 and consequently denies the same.

7    46.    The United States is without sufficient information to either admit or deny the

8    allegations of paragraph 46 and consequently denies the same.

9    47.    The United States is without sufficient information to either admit or deny the

10    allegations of paragraph 47 and consequently denies the same.

11    48.    The United States is without sufficient information to either admit or deny the

12    allegations of paragraph 48 and consequently denies the same.

13    49.    The United States is without sufficient information to either admit or deny the

14    allegations of paragraph 49 and consequently denies the same.

15    50.    The United States is without sufficient information to either admit or deny the

16    allegations of paragraph 50 and consequently denies the same.

17    51.    The United States is without sufficient information to either admit or deny the

18    allegations of paragraph 51 and consequently denies the same.

19    52.    The United States is without sufficient information to either admit or deny the

20    allegations of paragraph 52 and consequently denies the same.

21    53.    The United States is without sufficient information to either admit or deny the

22    allegations of paragraph 53 and consequently denies the same.

23    54.    The United States is without sufficient information to either admit or deny the

24    allegations of paragraph 54 and consequently denies the same.

UNITED STATES' ANSWER TO PLAINTIFF'S COMPLAINT          UNITED STATES ATTORNEY
[Case No. 2:25-cv-00267-JHC] - 6                        700 STEWART STREET, SUITE 5220
                                                        SEATTLE, WASHINGTON 98101
                                                        (206) 553-7970

55.    The United States is without sufficient information to either admit or deny the allegations of paragraph 55 and consequently denies the same.

56.    The United States admits only that on June 9, 2023, Plaintiff had a medical appointment with Dr. Maria Dy. The United States denies the remaining allegations.

57.    To the extent Plaintiff attempts to summarize the content of the medical record, the United States admits only that the medical records speak for themselves as to their content and specifically denies any allegations in the Complaint inconsistent with the content of the authenticated medical record.

58.    To the extent Plaintiff attempts to summarize the content of the medical record, the United States admits only that the medical records speak for themselves as to their content and specifically denies any allegations in the Complaint inconsistent with the content of the authenticated medical record.

59.    To the extent Plaintiff attempts to summarize the content of the medical record, the United States admits only that the medical records speak for themselves as to their content and specifically denies any allegations in the Complaint inconsistent with the content of the authenticated medical record.

60.    To the extent Plaintiff attempts to summarize the content of the medical record, the United States admits only that the medical records speak for themselves as to their content and specifically denies any allegations in the Complaint inconsistent with the content of the authenticated medical record.

61.    To the extent Plaintiff attempts to summarize the content of the medical record, the United States admits only that the medical records speak for themselves as to their content and specifically denies any allegations in the Complaint inconsistent with the content of the authenticated medical record.

UNITED STATES' ANSWER TO PLAINTIFF'S COMPLAINT
[Case No. 2:25-cv-00267-JHC] - 7

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

62.     The United States is without sufficient information to either admit or deny the allegations of paragraph 62 and consequently denies the same.

63.     The United States is without sufficient information to either admit or deny the allegations of paragraph 63 and consequently denies the same.

64.     The United States is without sufficient information to either admit or deny the allegations of paragraph 64 and consequently denies the same.

65.     The United States is without sufficient information to either admit or deny the allegations of paragraph 65 and consequently denies the same.

66.     The United States is without sufficient information to either admit or deny the allegations of paragraph 66 and consequently denies the same.

67.     The United States is without sufficient information to either admit or deny the allegations of paragraph 67 and consequently denies the same.

68.     The United States is without sufficient information to either admit or deny the allegations of paragraph 68 and consequently denies the same.

69.     The United States is without sufficient information to either admit or deny the allegations of paragraph 69 and consequently denies the same.

70.     The United States is without sufficient information to either admit or deny the allegations of paragraph 70 and consequently denies the same.

71.     The United States is without sufficient information to either admit or deny the allegations of paragraph 71 and consequently denies the same.

72.     The United States is without sufficient information to either admit or deny the allegations of paragraph 72 and consequently denies the same.

73.     The United States is without sufficient information to either admit or deny the allegations of paragraph 73 and consequently denies the same.

UNITED STATES' ANSWER TO PLAINTIFF'S COMPLAINT
[Case No. 2:25-cv-00267-JHC] - 8

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

74.     The United States is without sufficient information to either admit or deny the allegations of paragraph 74 and consequently denies the same.

75.     The United States is without sufficient information to either admit or deny the allegations of paragraph 75 and consequently denies the same.

76.     The United States is without sufficient information to either admit or deny the allegations of paragraph 76 and consequently denies the same.

77.     The United States is without sufficient information to either admit or deny the allegations of paragraph 77 and consequently denies the same.

78.     The United States is without sufficient information to either admit or deny the allegations of paragraph 78 and consequently denies the same.

79.     The United States is without sufficient information to either admit or deny the allegations of paragraph 79 and consequently denies the same.

80.     The United States is without sufficient information to either admit or deny the allegations of paragraph 80 and consequently denies the same.

81.     The United States is without sufficient information to either admit or deny the allegations of paragraph 81 and consequently denies the same.

82.     The United States is without sufficient information to either admit or deny the allegations of paragraph 82 and consequently denies the same.

83.     The United States is without sufficient information to either admit or deny the allegations of paragraph 83 and consequently denies the same.

84.     The United States is without sufficient information to either admit or deny the allegations of paragraph 84 and consequently denies the same.

85.     The United States is without sufficient information to either admit or deny the allegations of paragraph 85 and consequently denies the same.

UNITED STATES' ANSWER TO PLAINTIFF'S COMPLAINT
[Case No. 2:25-cv-00267-JHC] - 9

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

86.     The United States is without sufficient information to either admit or deny the allegations of paragraph 86 and consequently denies the same.

87.     The United States is without sufficient information to either admit or deny the allegations of paragraph 87 and consequently denies the same.

88.     The United States is without sufficient information to either admit or deny the allegations of paragraph 88 and consequently denies the same.

89.     The United States is without sufficient information to either admit or deny the allegations of paragraph 89 and consequently denies the same.

90.     The United States is without sufficient information to either admit or deny the allegations of paragraph 90 and consequently denies the same.

91.     The United States is without sufficient information to either admit or deny the allegations of paragraph 91 and consequently denies the same.

92.     The United States is without sufficient information to either admit or deny the allegations of paragraph 92 and consequently denies the same.

93.     The United States is without sufficient information to either admit or deny the allegations of paragraph 93 and consequently denies the same.

94.     The United States is without sufficient information to either admit or deny the allegations of paragraph 94 and consequently denies the same.

95.     The United States is without sufficient information to either admit or deny the allegations of paragraph 95 and consequently denies the same.

96.     The United States is without sufficient information to either admit or deny the allegations of paragraph 96 and consequently denies the same.

97.     The United States is without sufficient information to either admit or deny the allegations of paragraph 97 and consequently denies the same.

UNITED STATES' ANSWER TO PLAINTIFF'S COMPLAINT
[Case No. 2:25-cv-00267-JHC] - 10

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

98. The United States is without sufficient information to either admit or deny the allegations of paragraph 98 and consequently denies the same.

99. The United States is without sufficient information to either admit or deny the allegations of paragraph 99 and consequently denies the same.

100. The United States is without sufficient information to either admit or deny the allegations of paragraph 100 and consequently denies the same.

101. The United States is without sufficient information to either admit or deny the allegations of paragraph 101 and consequently denies the same.

102. The United States is without sufficient information to either admit or deny the allegations of paragraph 102 and consequently denies the same.

103. The United States is without sufficient information to either admit or deny the allegations of paragraph 103 and consequently denies the same.

104. The United States is without sufficient information to either admit or deny the allegations of paragraph 104 and consequently denies the same.

105. The United States admits that Plaintiff transferred from FDC SeaTac on November 8, 2023.

106. The United States is without sufficient information to either admit or deny the allegations of paragraph 106 and consequently denies the same.

107. The United States is without sufficient information to either admit or deny the allegations of paragraph 107 and consequently denies the same.

108. The United States is without sufficient information to either admit or deny the allegations of paragraph 108 and consequently denies the same.

109. The United States is without sufficient information to either admit or deny the allegations of paragraph 109 and consequently denies the same.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

110.     The United States is without sufficient information to either admit or deny the allegations of paragraph 110 and consequently denies the same.

111.     The United States is without sufficient information to either admit or deny the allegations of paragraph 111 and consequently denies the same.

112.     The United States is without sufficient information to either admit or deny the allegations of paragraph 112 and consequently denies the same.

113.     The United States is without sufficient information to either admit or deny the allegations of paragraph 113 and consequently denies the same.

114.     The United States is without sufficient information to either admit or deny the allegations of paragraph 114 and consequently denies the same.

115.     The United States is without sufficient information to either admit or deny the allegations of paragraph 115 and consequently denies the same.

116.     The United States is without sufficient information to either admit or deny the allegations of paragraph 116 and consequently denies the same.

117.     The United States is without sufficient information to either admit or deny the allegations of paragraph 117 and consequently denies the same.

118.     The United States is without sufficient information to either admit or deny the allegations of paragraph 118 and consequently denies the same.

119.     The United States is without sufficient information to either admit or deny the allegations of paragraph 119 and consequently denies the same.

120.     The United States is without sufficient information to either admit or deny the allegations of paragraph 120 and consequently denies the same.

121.     The United States is without sufficient information to either admit or deny the allegations of paragraph 121 and consequently denies the same.

UNITED STATES' ANSWER TO PLAINTIFF'S COMPLAINT
[Case No. 2:25-cv-00267-JHC] - 12

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

122.   The United States is without sufficient information to either admit or deny the allegations of paragraph 122 and consequently denies the same.

123.   The United States is without sufficient information to either admit or deny the allegations of paragraph 123 and consequently denies the same.

124.   The United States is without sufficient information to either admit or deny the allegations of paragraph 124 and consequently denies the same.

125.   The United States is without sufficient information to either admit or deny the allegations of paragraph 125 and consequently denies the same.

126.   The United States is without sufficient information to either admit or deny the allegations of paragraph 61 and consequently denies the same.

127.   The United States is without sufficient information to either admit or deny the allegations of paragraph 127 and consequently denies the same.

128.   The United States is without sufficient information to either admit or deny the allegations of paragraph 128 and consequently denies the same.

129.   The United States is without sufficient information to either admit or deny the allegations of paragraph 129 and consequently denies the same.

130.   The United States is without sufficient information to either admit or deny the allegations of paragraph 130 and consequently denies the same.

131.   The United States is without sufficient information to either admit or deny the allegations of paragraph 131 and consequently denies the same.

132.   The United States is without sufficient information to either admit or deny the allegations of paragraph 132 and consequently denies the same.

133.   The United States is without sufficient information to either admit or deny the allegations of paragraph 133 and consequently denies the same.

UNITED STATES' ANSWER TO PLAINTIFF'S COMPLAINT
[Case No. 2:25-cv-00267-JHC] - 13

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1      134.    The United States is without sufficient information to either admit or deny the

2  allegations of paragraph 134 and consequently denies the same.

3      135.    The United States is without sufficient information to either admit or deny the

4  allegations of paragraph 135 and consequently denies the same.

5      136.    The United States is without sufficient information to either admit or deny the

6  allegations of paragraph 136 and consequently denies the same.

7      137.    The United States is without sufficient information to either admit or deny the

8  allegations of paragraph 137 and consequently denies the same.

9      138.    The United States is without sufficient information to either admit or deny the

10 allegations of paragraph 138 and consequently denies the same.

11     139.    The United States is without sufficient information to either admit or deny the

12 allegations of paragraph 139 and consequently denies the same.

13                              **VI.    CLAIMS OF RELIEF**

14     140.    Paragraph 140 contains legal conclusions to which no response is required.  To

15 the extent the allegations are deemed factual by the Court, the United States denies the

16 allegations.

17     141.    Paragraph 141 contains legal conclusions to which no response is required.  To

18 the extent the allegations are deemed factual by the Court, the United States denies the

19 allegations.

20     142.    Paragraph 142 contains legal conclusions to which no response is required.  To

21 the extent the allegations are deemed factual by the Court, the United States denies the

22 allegations.

23

24

UNITED STATES' ANSWER TO PLAINTIFF'S COMPLAINT
[Case No. 2:25-cv-00267-JHC] - 14

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

143.    Paragraph 143 contains legal conclusions to which no response is required. To the extent the allegations are deemed factual by the Court, the United States denies the allegations.

144.    Paragraph 144 contains legal conclusions to which no response is required. To the extent the allegations are deemed factual by the Court, the United States denies the allegations.

145.    Paragraph 145 contains legal conclusions to which no response is required. To the extent the allegations are deemed factual by the Court, the United States denies the allegations.

146.    Paragraph 146 contains legal conclusions to which no response is required. To the extent the allegations are deemed factual by the Court, the United States denies the allegations.

147.    Paragraph 147 contains legal conclusions to which no response is required. To the extent the allegations are deemed factual by the Court, the United States denies the allegations.

148.    Paragraph 148 contains legal conclusions to which no response is required. To the extent the allegations are deemed factual by the Court, the United States denies the allegations.

149.    Paragraph 149 contains legal conclusions to which no response is required. To the extent the allegations are deemed factual by the Court, the United States denies the allegations.

150.    Paragraph 150 contains legal conclusions to which no response is required. To the extent the allegations are deemed factual by the Court, the United States denies the allegations.

UNITED STATES' ANSWER TO PLAINTIFF'S COMPLAINT
[Case No. 2:25-cv-00267-JHC] - 15

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## VII.    RELIEF REQUESTED

The remainder of Plaintiff's Complaint contains a request for relief to which no response is required. To the extent a response is required, the United States denies Plaintiff's request for relief.

## AFFIRMATIVE AND OTHER DEFENSES

1.    Plaintiff fails to state a claim upon which relief can be granted.

2.    Plaintiff's recovery in this case is barred or limited by the Washington law on comparative negligence.

3.    Defendant complied with any duties of care it may have owed Plaintiff under Washington state law.

4.    The damages alleged in the Complaint were not proximately caused by the negligent or wrongful acts of an agent or employee of the United States.

5.    Plaintiff's injuries and/or damages, if any, were proximately caused by the intervening or superseding act of one other than an employee or agent of the United States and were not caused by an act or omission of an employee of the United States.

6.    Plaintiff has failed to mitigate damages as required by Washington State law.

7.    Plaintiff's recovery is limited to the damages recoverable under the FTCA.

8.    To the extent Plaintiff is entitled to recover future economic damages from the United States in this action, which Defendant denies Plaintiff is entitled to, the United States is entitled to a judgment for periodic payment of those damages under Wash. Rev. Code § 4.56.260

9.    To the extent Plaintiff is entitled to recover damages from the United States in this action, which Defendant denies Plaintiff is entitled to, the United States is entitled to a credit or set-off for any past or future benefits paid to or on behalf of or received by the Plaintiff, to the extent allowed under federal and state common law and statutory law.

UNITED STATES' ANSWER TO PLAINTIFF'S COMPLAINT
[Case No. 2:25-cv-00267-JHC] - 16

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    10.    The United States reserves the right to plead all other affirmative defenses or any

2    applicable state and federal statute which through discovery it learns may be applicable.

3    Wherefore having fully answered, the United States prays Plaintiff's Complaint be

4    dismissed with prejudice, that Plaintiff take nothing by his Complaint, and that the United States

5    be awarded attorneys' fees and costs against Plaintiff, and any further relief that the Court deems

6    just and equitable.

7    DATED this 30th day of September, 2025.

8    Respectfully submitted,

9    TEAL LUTHY MILLER
     Acting United States Attorney

10
     *s/ Kristen R. Vogel*
11   KRISTEN R. VOGEL, NY No. 5195664
     Assistant United States Attorney
12   United States Attorney's Office
     Western District of Washington
13   700 Stewart Street, Suite 5220
     Seattle, Washington 98101-1271
14   Phone: 206-553-7970
     Fax:    206-553-4073
15   Email: kristen.vogel@usdoj.gov

16   *Attorney for Defendant United States*

17

18

19

20

21

22

23

24

UNITED STATES' ANSWER TO PLAINTIFF'S COMPLAINT          UNITED STATES ATTORNEY
[Case No. 2:25-cv-00267-JHC] - 17                        700 STEWART STREET, SUITE 5220
                                                         SEATTLE, WASHINGTON 98101
                                                         (206) 553-7970

1

## <u>CERTIFICATE OF SERVICE</u>

2          I hereby certify that I am an employee in the Office of the United States Attorney for the

3    Western District of Washington and of such age and discretion as to be competent to serve

4    papers;

5          I further certify that on today's date, I arranged for service of the foregoing on the

6    following participant via Certified Mail, return receipt requested, postage prepaid, addressed as

7    follows:

8          Wayne Steven Hollaus, *Pro Se* Plaintiff
           BOP# 47120-510
9          FCI Lompoc II
           Federal Correctional Institution
10         3901 Klein Blvd
           Lompoc, CA 93436

11
           DATED this 30th day of September, 2025.
12

13                                          *s/ Hung Nguyen*
                                            HUNG NGUYEN, Paralegal Specialist
14                                          United States Attorney's Office
                                            Western District of Washington
15                                          700 Stewart Street, Suite 5220
                                            Seattle, WA 98101
16                                          Phone:  (206) 553-7970
                                            Fax:     (206) 553-4073
17                                          Email: hung.nguyen@usdoj.gov

18

19

20

21

22

23

24