UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

NOV 1 2 2025  **LS**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
**BY** _____ **DEPUTY**

WAYNE HOLLAUS,

      Plaintiff,

v.

UNITED STATES OF AMERICA,

      Defendants.

_____

CASE NO. 2:25-cv-00267-JHC

EXPEDITED MOTION FOR 90 DAY
EXTENSION OF TIME REGARDING
INITIAL DISCLOSURES, JOINT
STATUS REPORT, AND EARLY
SETTLEMENT

    Plaintiff Wayne Hollaus, proceeding pro se, respectfully moves this Court for a 90-day extension of the deadlines set forth in the Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (The Order), dated October 28, 2025 (Dkt. 13), and requests expedited consideration of this motion given the impending deadlines. This motion is brought under Federal Rule of Civil Procedure 6(b)(1) which authorizes extensions for good cause when requested before the original deadlines expire. Plaintiff seeks to extend the following deadlines:

    - The Federal Rule of Civil Procedure 26(f) conference from November 12, 2025, to February 10, 2026;

1

- The initial disclosures pursuant to Federal Rule of
Civil Procedure 26(a)(1) from November 25, 2025, to
February 23, 2026; and

- The Combined Joint Status Report and Discovery Plan from
December 2, 2025, to March 2, 2026.

The requested extension will not prejudice Defendant, as
the case remains in its early stages, and no scheduling order
has yet been issued. Good cause exists for the extension due to
Plaintiff's pro se and incarcerated status, logistical
challenges inherent to incarceration, particularly a slow and
unreliable prison mail system at FCI Lompoc II (as previously
indicated in the record), and the need for coordination with a
parallel related case.

I. FACTUAL BACKGROUND AND GOOD CAUSE

1.    On October 28, 2025, Honorable Judge Chun filed the Order
(Dkt. 13), and a copy was sent to Plaintiff at FCI Lompoc II.

2.    Plaintiff received the Order on November 10, 2025, two days
before the first deadline cited in the Order, a patently
unreasonable amount of time to mail a response to the Court or
initiate coordination via letter mail with Defendant's counsel.

3.    Plaintiff only became aware of the scheduled deadlines
prior to November 10, 2025, including the November 12, 2025,

2

deadline for the FRCP 26(f) conference, because an individual
furnishing assistance to Plaintiff checked the docket of this
case on PACER and notified Plaintiff.

4.   As of November 10, 2025, Plaintiff has not received any
communication attempts from Defendant's counsel regarding
coordination for the relevant conferences, joint status report,
or discovery plan.

5.   Delay and reliability issues with the FCI Lompoc II mail
system have been noted previously in the record of this case
(Dkt. 6) and the related case, Hollaus v. Posalski, et al., Case
No. 2:25-cv-00268-JHC-GJL (Dkt. 7).

6.   Mail sent to Plaintiff at FCI Lompoc II can take weeks or
even months to be delivered to Plaintiff after being initially
sent.

7.   As another recent example, Dkt. 12 of this case, filed on
September 30, 2025, did not arrive to Plaintiff at his unit at
FCI Lompoc II until October 28, 2025.

8.   In the exigent interest of time and efficiency, an
individual furnishing assistance in accordance with Plaintiff's
will, Jeffrey Stephens—whom Plaintiff has granted by signed
declaration to submit documents on his behalf, and who has done
so previously to this Court—will submit this motion in the
Clerk's office on November 11, 2025, as directed by Plaintiff.
See Exhibits 1, 2.

3

9.   Good cause for the extension is established by the notably
inefficient mail system at FCI Lompoc II and limited access to
legal research materials, in combination with Plaintiff's pro se
status.

10.  Additionally, Plaintiff may be subject to extradition to
Canadian custody at an unknown date, which may be soon, and
involve a period of transit.

11.  Additionally, aside from sending documents to this Court,
Plaintiff is restricted to using letter mail in coordinating
with Defendant's counsel regarding the requirements of the
Order.

12.  Finally, Plaintiff must also consider coordination with the
related case, Case No. 2:25-cv-00268-JHC-GJL, adding a layer of
complexity and further good cause for an ample extension of
time.

13.  The requested 90-day extension is reasonable and
proportional, accounting for these barriers while maintaining
the case's forward momentum.

14.  Plaintiff respectfully requests that the Court consider
this motion expeditiously, ideally before the November 12, 2025,
deadline.

II. CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court grant a 90-day extension of the specified deadlines as proposed.

Dated this 11th day of November, 2025.

Respectfully submitted,

Wayne Hollaus
#47120-510
Federal Correctional Complex
Lompoc II
3901-Klein Blvd
Plaintiff, Pro Se

Signed by designated individual furnishing assistance, Jeffrey Stephens.
See Exhibit 1.

*Exhibit 1*

TRULINCS 47120510 - HOLLAUS, WAYNE STEVEN - Unit: LOM-M-A

---------------------------------------------------------------------------------------------

FROM: 47120510
TO: Stephens, Jeff
SUBJECT: Authorization
DATE: 05/23/2025 03:08:35 PM

### AUTHORIZATION FOR REPRESENTATION

I, Wayne Hollaus, pursuant to 28 U.S.C. Section 1746, declare under penalty of perjury that I am unable

to sign the attached motion promptly due to difficulties with the mailing system at Lompoc FCI II but I

authorize Jeffrey Stephens to submit these documents for me on my behalf to the U.S. District Court for

the Western District of Washington.

I hereby also Authorize Jeffrey Stephens to submit documents on my behalf, and sign documents on my

behalf as my representative when expedient or necessary, from this day forth to the U.S. District Court for

the Western District of Washington for my Civil cases, CASE NO. 2:25-cv-00268-KKE-GJL, and

2:25-cv-00267-JHC.

Signed on this 30 day of May, 2025

Wayne Hollaus
#47120-510
FCI Lompoc, FCI II
3901- Klein BLVD
Lompoc, CA  93436

Exhibit 2

**Jeffrey Stephens**

---

**From:**        HOLLAUS WAYNE STEVEN (47120510)

**Sent Date:**   Tuesday, November 11, 2025 10:34 AM

**To:**          jeffreycstephens@gmail.com

**Subject:**     Document 13, Extension of Time

Jeff, thanks for letting me know about Document 13.

   I have just received  Document 13 in the mail today (3:00p.m. November 10th, 2025). As you know, and as the Courts hopefully know from earlier in the record, the mail in this Institution, Lompoc FCI II, is very slow and most times totally unreliable.

   I have not had any communication from the USAO concerning any matters related to conferences or a status report. I want to properly participate but I wouldn't even know I was supposed to without you checking Pacer and letting me know what was filed.

   Please file a motion for extension of time of 90 days on my behalf.You can use the previously used declaration that I signed, and that has been accepted by the court, that I am allowing you to submit this Document for me. If the Court needs me to, I can follow up with signed declarations that this is my wish but please also include a copy of this Corrlinks email as an attachment for now and to submit in the record.

   It is not fair that I am functionally being left in the dark at this critical stage so I want to move for an extension of time. I have input that could aid in the efficiency and planning of the case.

I need to establish communication with the Defendant's councel regarding the Conference and Joint Status Report and possibly also with the Alternative Dispute Resolution Committee if appropriate. I will send the Defendant's Councel a letter shortly for purposes of coordination in this stage.

   I will be talking to you more about what I would like and my wishes for this Motion and how you could aid me in this process.

   Thank you,
   Wayne Hollaus.
   #47120-510
   Federal Correctional Institution
   Lompoc II
   3901- Klein BLVD
   Lompoc, CA 93436