UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WAYNE HOLLAUS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO. 25-cv-00267-JHC<br><br>ORDER |

Before the Court is pro se Plaintiff's "Expedited Motion for a 90 Day Extension of Time Regarding Initial Disclosures, Joint Status Report, and Early Settlement." Dkt. # 14. The motion is unopposed. *See* LCR 7(b)(2). The Court GRANTS the motion.

Dated this 26th day of November, 2025.

John H. Chun
United States District Judge

ORDER - 1