UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WAYNE HOLLAUS,

          Plaintiff,

    v.

UNITED STATES OF AMERICA,

          Defendant.

CASE NO. 2:25-cv-00267-JHC

ORDER TO STAY PROCEEDINGS

Before the Court is Plaintiff's Motion to Stay Proceedings Pending Resolution of Related Action. Dkt. # 16. Defendant has not filed an opposition to the motion. The lack of an opposition "may be considered by the court as an admission that the motion has merit." *See* LCR 7(b)(2). For the reasons presented by Plaintiff, the Court GRANTS the motion and STAYS this matter pending resolution of *Hollaus v. Posalski et al.*, 2:25-cv-00268-JHC-GJL. The parties are DIRECTED to alert the Court within five court days after the *Hollaus* matter is resolved so this stay may be lifted.

//

//

//

//

ORDER TO STAY PROCEEDINGS - 1

Dated this 11th day of February, 2026.

John H. Chun
United States District Judge

ORDER TO STAY PROCEEDINGS - 2