UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WAYNE HOLLAUS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO. 2:25-cv-00267-JHC<br><br>**ORDER** |

Before the Court is Plaintiff unopposed motion to lift stay and request for short period to seek leave to amend. Dkt. # 19. The Court GRANTS the motion. The Court LIFTS the stay at Dkt. # 17. Plaintiff may file a motion for leave to amend the complaint within 21 days of this order.

**DATED** this 3rd day of September, 2026.

John H. Chun
JOHN H. CHUN
United States District Judge