UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| WAYNE HOLLAUS,<br>Plaintiff,<br>vs.<br>UNITED STATES OF AMERICA,<br>Defendant. | Case No. 2:25-cv-00267-JHC.<br><br>ORDER ON MOTION TO STRIKE |

Before the Court is Defendant's Motion to Strike Amended Complaint. The Court has considered the motion, the response, the rest of the file, and the governing law. The Court GRANTS the motion.

DATED this 22nd day of October, 2026.

John H. Chun

JOHN H. CHUN
United States District Judge