UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| WAYNE HOLLAUS,<br>Plaintiff,<br>vs.<br>UNITED STATES OF AMERICA,<br>Defendant | Case No. 2:25-cv-00267-JHC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME |

The Court, having reviewed the pleadings and materials in this case, hereby ORDERS as follows:

Plaintiff's Motion for Extension of Time (Dkt. # 26) is GRANTED. Plaintiff's Response to the Motion to Strike and Motion for Leave to Amend, filed October 19, 2026, are accepted as timely.

**IT IS SO ORDERED.**

John H. Chun

JOHN H. CHUN
United States District Judge