UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| WAYNE HOLLAUS,<br>Plaintiff,<br>vs.<br>UNITED STATES OF AMERICA,<br>Defendant. | Case No. 2:25-cv-00267-JHC<br><br>ORDER |

Before the Court is Plaintiff's Motion for Leave to Amend the Complaint. Dkt. 28. The Court has considered the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law. Because the motion does not comply with LCR 15(a)—as explained by Defendant, Dkt. 31 at 1-2—the Court DENIES the motion without prejudice. If Plaintiff seeks to again file such a motion, the Court recommends that, before doing so, he carefully consider the arguments presented by Defendant at Dkt. 31.

DATED this 19th day of November, 2026.

John H. Chun

JOHN H. CHUN
United States District Judge